UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT PATTERSON,<br><br>   Plaintiff.<br><br>   v.<br><br>MEDICAL REVIEW INSTITUTE OF AMERICA, LLC,<br><br>   Defendant. | Case No.  22-cv-00413-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Docket No. 31 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's Motion to Dismiss is hereby GRANTED, and Plaintiff's First Amended Complaint is hereby DISMISSED without further leave to amend.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 8/26/2022

Mark Busby, Clerk of Court

By: *Tracy Geiger*
Tracy Geiger
Deputy Clerk